**Order entered January 10, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00810-CR

**MYO NAING SWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75492-S**

## ORDER

The Court has before it appellant's January 5, 2017 motion in which he asks us to abate his appeal for a hearing to determine the accuracy of the clerk's record or, alternatively, to grant additional time to file his brief. Specifically, appellants states the clerk's record does not contain a copy of the trial court's guilt/innocence charge or the trial court's punishment charge. On January 9, 2017, a supplemental clerk's record, containing copies of both the trial court's guilt/innocence charge and the trial court's punishment charge, was filed. In light of this, we **DENY** appellant's January 5, 2017 motion to the extent he request an abatement. We **GRANT** appellant's motion to the extent he requests additional time to file his brief and **ORDER** his brief filed on or before February 6, 2017.

/s/  LANA MYERS
    JUSTICE